# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JAMES R. HUBER, JR. | : Chapter 13 |
| JENNIFER L. ROTHENBERGER | : |
| | : Bankruptcy #4:16-13498-ref |
| Debtor(s) | : |
| **JENNIFER L. ROTHENBERGER,** | : |
| Movant(s) | : |
| | : Hearing Date: 7/21/16 at 9:30 a.m. |
| vs. | :   U.S. Bankruptcy Court |
| | :   Suite 300 – The Madison |
| **FORD MOTOR CREDIT COMPANY, LLC**, | :   400 Washington Street |
| | :   Reading, PA 19601 |
| **Respondent(s):** | |

## ORDER

AND NOW, upon the motion of Debtor to avoid an alleged judicial lien (Docket No.: 15-17330 in the Court of Common Pleas of Berks County) of Ford Motor Credit Company, LLC. in Debtor's exempt real property located at 610 Anne Drive, Wernersville, PA 19565, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. 522(f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Ford Motor Credit Company, LLC., if any, in Debtor's real property located at 610 Anne Drive, Wernersville, PA 19565, is avoided to the extent it impairs Debtor's exemption.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under Section 522.

**Date: July 19, 2016**

BY THE COURT:

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

Yale Weinstein, Esquire
1060 Andrew Dr., Suite 170,
West Chester, PA 19380

Frederick L. Reigle, Esquire          Ford Motor Credit Company, LLC
Chapter 13 Trustee                    P.O. Box 542000
2901 St. Lawrence Avenue              Omaha, NE 68154
PO Box 4010
Reading, PA 19606