United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-13498-ref
James R. Huber, Jr.                                                   Chapter 13
Jennifer L. Rothenberger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Jul 19, 2016
                              Form ID: pdf900      Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2016.
db/jdb          +James R. Huber, Jr.,    Jennifer L. Rothenberger,    610 Anne Dr.,    Wernerville, PA 19565-1022
13728729        +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2016 01:51:50     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
                                                                                   TOTAL: 1


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOHN J. DIBERNARDINO    on behalf of Joint Debtor Jennifer L. Rothenberger diberlaw@ptd.net
              JOHN J. DIBERNARDINO    on behalf of Debtor James R. Huber, Jr. diberlaw@ptd.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JAMES R. HUBER, JR. | : Chapter 13 |
| JENNIFER L. ROTHENBERGER | : |
| | : Bankruptcy #4:16-13498-ref |
| Debtor(s) | : |

| | |
|---|---|
| JENNIFER L. ROTHENBERGER, | : |
| Movant(s) | : |
| | : Hearing Date:  7/21/16 at 9:30 a.m. |
| vs. | :     U.S. Bankruptcy Court |
| | :     Suite 300 – The Madison |
| FORD MOTOR CREDIT COMPANY, LLC, | :     400 Washington Street |
| | :     Reading, PA  19601 |
| Respondent(s): | |

### ORDER

AND NOW,  upon the motion of Debtor to avoid an alleged judicial lien (Docket No.: 15-17330 in the Court of Common Pleas of Berks County) of Ford Motor Credit Company, LLC. in Debtor's exempt real property located at 610 Anne Drive, Wernersville, PA 19565, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. 522(f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Ford Motor Credit Company, LLC., if any, in Debtor's real property located at 610 Anne Drive, Wernersville, PA 19565, is avoided to the extent it impairs Debtor's exemption.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under Section 522.

BY THE COURT:

**Date: July 19, 2016**

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

Yale Weinstein, Esquire
1060 Andrew Dr., Suite 170,
West Chester, PA  19380

| | |
|---|---|
| Frederick L. Reigle, Esquire | Ford Motor Credit Company, LLC |
| Chapter 13 Trustee | P.O. Box 542000 |
| 2901 St. Lawrence Avenue | Omaha, NE 68154 |
| PO Box 4010 | |
| Reading, PA  19606 | |