**UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       JAMES R. HUBER, JR.                    : No. 16-13498-REF
             JENNIFER L. ROTHENBERGER               :
                                                    : Chapter 13
                              Debtors               : UPDATED ADDRESS

---

## PRAECIPE

TO THE CLERK:

Please be advised that Emergency Phys. Assoc. of PA included in the above-captioned bankruptcy, has a different addresses than that provided you on the mailing matrix.  Please change the address on the mailing matrix to that set forth below and mail all future notices to that entity to the new address:

Emergency Phys. Assoc. of PA
Patient Services
PO Box 5305
Akron, OH 44334

                                        **/s/ JOHN DIBERNARDINO**
                                        John DiBernardino, Esquire
                                        Attorney for Debtor(s)
                                        P.O. 599
                                        Lehighton, PA  18235
                                        (610) 377-6617
                                        (610) 377-8144 fax

Dated:  July 29, 2016