United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13498-ref
James R. Huber, Jr.                                                       Chapter 13
Jennifer L. Rothenberger
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1          Date Rcvd: Sep 29, 2016
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db/jdb        +James R. Huber, Jr.,   Jennifer L. Rothenberger,   610 Anne Dr.,   Wernerville, PA 19565-1022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2016 01:40:54     Synchrony Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          JOHN J. DIBERNARDINO    on behalf of Debtor James R. Huber, Jr. diberlaw@ptd.net
          JOHN J. DIBERNARDINO    on behalf of Joint Debtor Jennifer L. Rothenberger diberlaw@ptd.net
          JOSEPH ANGEO DESSOYE   on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          JOSEPH PATRICK SCHALK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **JAMES R. HUBER, JR.** | : | **BK. No. 16-13498-ref** |
| **JENNIFER L. ROTHENBERGER** | : | |
| Debtors | : | **Chapter No. 13** |
| | : | |
| **WELLS FARGO BANK, NA** | : | |
| Movant | : | |
| v. | : | |
| **JAMES R. HUBER, JR.** | : | **11 U.S.C. §362** |
| **JENNIFER L. ROTHENBERGER** | : | |
| Respondents | : | |
| | : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

**AND NOW**, at **READING**, upon Motion of **WELLS FARGO BANK, NA** (Movant), it is:

**ORDERED** that Relief from the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 136 SHIRE LANE, WERNERSVILLE, PA 19565 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under its loan documents; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, NA** may immediately enforce and implement this Order granting Relief from the Automatic Stay..

**Date: September 29, 2016**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE
(TRUSTEE)
2901 ST. LAWRENCE AVENUE,
P.O. BOX 4010
READING, PA 19606

JOHN DIBERNARDINO, ESQUIRE
P.O. BOX 599, 417 IRON STREET
LEHIGHTON, PA 18235

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

JAMES R. HUBER, JR
610 ANNE DR
WERNERSVILLE, PA 19565-1022

JENNIFER L. ROTHENBERGER
136 SHIRE LANE
WERNERSVILLE, PA 19565-9475