**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JAMES R. HUBER, JR., and | : | |
| JENNIFER L. ROTHENBERGER, | : | BANKRUPTCY NO. 16-13498-REF |
| DEBTORS | : | |

**ENTRANCE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS,
RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

PLEASE TAKE NOTICE that the undersigned attorney and law firm is counsel for **RIVERFRONT FEDERAL CREDIT UNION,** a creditor and party of interest in the above-captioned case and pursuant to Bankruptcy Rules 2002 and 9007, client respectfully requests that all notices given or required to be given in this case and in any adversary proceedings by the court, the Debtor, any Creditors' Committee, any Trustee, the United States trustee, any Trustee subsequently appointed, and/or any other party in interest in this case be given to client and the undersigned counsel at the addresses and to the persons, telephone numbers and telecopy set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, request, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of reorganization and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, telecopy, electronic or otherwise:

        Eden R. Bucher, Esquire
        Leisawitz Heller Abramowitch Phillips, P.C.
        2755 Century Boulevard
        Wyomissing, PA 19610
        610-372-3500
        610-372-8671 (fax)
        ebucher@leisawitzheller.com

Dated: October 7, 2016        LEISAWITZ HELLER ABRAMOWITCH PHILLIPS, P.C.

        By:    */s/ Eden R. Bucher*
                    Eden R. Bucher Esquire
                    2755 Century Boulevard
                    Wyomissing, PA 19610
                    Telephone: 610-372-3500
                    Facsimile: 610-372-8671

{01016602 }