IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (READING)

IN RE: ·

JAMES R. HUBER, JR., and
JENNIFER L. ROTHENBERGER,
DEBTORS

CHAPTER 13

BANKRUPTCY NO. 16-13498-REF

**ORDER**

AND NOW, upon consideration of the *Stipulation Agreeing to Pre-Confirmation Adequate Protection Payments by the Trustee to Riverfront Federal Credit Union,* and upon consideration of any responses thereto, it is hereby

ORDERED that the terms of the Stipulation are hereby approved.

BY THE COURT:

**Date: February 8, 2017**

_____
J.

Copies to:

Eden R. Bucher, Esquire
Leisawitz Heller Abramowitch Phillips, P.C.
2755 Century Boulevard
Wyomissing, PA 1961O

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

John J. DiBernardino, Esquire
417 Iron Street
P.O. Box 599
Lehighton, PA 18235

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

{01061793 }