United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-13498-ref
James R. Huber, Jr.                                             Chapter 13
Jennifer L. Rothenberger
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR            Page 1 of 1              Date Rcvd: Feb 08, 2017
                              Form ID: pdf900        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
```
db/jdb       +James R. Huber, Jr.,    Jennifer L. Rothenberger,    610 Anne Dr.,    Wernerville, PA 19565-1022
cr           +Riverfront Federal Credit Union,    430 S. 4th Street,    Reading, PA 19602-2698
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2017 01:40:06      Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
                                                                                               TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
```
          ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          EDEN R. BUCHER    on behalf of Creditor    Riverfront Federal Credit Union
           ebucher@leisawitzheller.com,    medwards@leisawitzheller.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          JOHN J. DIBERNARDINO    on behalf of Debtor James R. Huber, Jr. diberlaw@ptd.net
          JOHN J. DIBERNARDINO    on behalf of Joint Debtor Jennifer L. Rothenberger diberlaw@ptd.net
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (READING)

IN RE: 
JAMES R. HUBER, JR., and
JENNIFER L. ROTHENBERGER,
DEBTORS

CHAPTER 13

BANKRUPTCY NO. 16-13498-REF

## ORDER

AND NOW, upon consideration of the *Stipulation Agreeing to Pre-Confirmation Adequate Protection Payments by the Trustee to Riverfront Federal Credit Union,* and upon consideration of any responses thereto, it is hereby

ORDERED that the terms of the Stipulation are hereby approved.

**Date: February 8, 2017**

BY THE COURT:

_____ J.

Copies to:

Eden R. Bucher, Esquire
Leisawitz Heller Abramowitch Phillips, P.C.
2755 Century Boulevard
Wyomissing, PA 19610

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

John J. DiBernardino, Esquire
417 Iron Street
P.O. Box 599
Lehighton, PA 18235

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

{01061793 }