*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James R. Huber, Jr. and
Jennifer L. Rothenberger
    Debtor(s)

Case No: 16–13498–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Dismiss Case underfunded & feasibility, and for Failure to File Documents Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI.
–AND–
Confirmation Hearing

**Hearing rescheduled from 04/20/2017 to 05/18/2017**

    on: 5/18/17

    at: 09:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  3/29/17

Timothy B. McGrath
Clerk of Court