United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James R. Huber, Jr.  
Jennifer L. Rothenberger  
    Debtors

Case No. 16-13498-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Mar 29, 2017  
                      Form ID: 167     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.  
db/jdb      +James R. Huber, Jr.,    Jennifer L. Rothenberger,    610 Anne Dr.,    Wernerville, PA 19565-1022  
cr         +Riverfront Federal Credit Union,    430 S. 4th Street,    Reading, PA 19602-2698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:57:56     Synchrony Bank,  
        c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,  
        Miami, FL 33131-1605  
                                                                                                                                                                                                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:  
        ANDREW SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
        EDEN R. BUCHER    on behalf of Creditor    Riverfront Federal Credit Union ebucher@leisawitzheller.com, medwards@leisawitzheller.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
        JOHN J. DIBERNARDINO    on behalf of Debtor James R. Huber, Jr. diberlaw@ptd.net  
        JOHN J. DIBERNARDINO    on behalf of Joint Debtor Jennifer L. Rothenberger diberlaw@ptd.net  
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                           TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James R. Huber, Jr. and
Jennifer L. Rothenberger
    Debtor(s)

Case No: 16–13498–ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Dismiss Case underfunded & feasibility, and for Failure to File Documents Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI.
–AND–
Confirmation Hearing

**Hearing rescheduled from 04/20/2017 to 05/18/2017**

on: 5/18/17

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 3/29/17

Timothy B. McGrath
Clerk of Court

44 – 30
Form 167