IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JAMES R. HUBER, JR., and | : | |
| JENNIFER L. ROTHENBERGER, | : | BANKRUPTCY NO. 16-13498-REF |
| DEBTORS | : | |

## STIPULATION

The Debtors, James R. Huber, Jr., and Jennifer L. Rothenberger ("Debtors"), by and through their attorney, John DiBernardino, Esquire, and Creditor Riverfront Federal Credit Union ("Bank"), by and through its attorneys, Eden R. Bucher, Esquire and Leisawitz Heller Abramowitch Phillips, P.C., stipulate and agree that the amount to be paid to the Bank in the Debtors' 2nd Amended Chapter 13 Plan filed with this Court on May 23, 2017, to resolve the Bank's Objection to Confirmation of Debtors' 1st Amended Chapter 13 Plan filed with this Court on April 21, 2017, to Doc. 50, is as follows:

| | |
|---|---|
| Modified Principal Balance | $17,061.00 |
| Interest Rate: | 4% |
| Total Plan Payment | $18,896.35 |

IN WITNESS WHEREOF, and intending to be legally bound hereby, the parties, through their duly authorized counsel, have hereunto set their hands and seals the day and year first above written.

LEISAWITZ HELLER
ABRAMOWITCH PHILLIPS, P.C.

John DiBernardino, Esquire
Attorney for Debtors
Dated: 8/2/17

By: _____
Eden R. Bucher, Esquire
Attorneys for Creditor
Riverfront Federal Credit Union
Dated: 8-1-2017

## ORDER

APPROVED as an Order of this Court this _____ day of August, 2017.

BY THE COURT:

**Date: August 7, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge

{01137017 }