**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: JAMES R. HUBER, JR.<br>JENNIFER L. ROTHENBERGER<br><br>Debtors | ) CHAPTER 13<br>)<br>)<br>) Bky. No. 16-13498-REF |

## ORDER

AND NOW upon consideration of the application for compensation and reimbursement of expenses, it is hereby ORDERED that said application is APPROVED. Debtor's counsel is approved counsel fees totaling $9,389.00 and costs totaling $326.00.

**Date: October 16, 2017**

_____
Richard E. Fehling
Bankruptcy Judge