| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-13498-PMM

JAMES R. HUBER, JR.
JENNIFER L. ROTHENBERGER
610 ANNE DR.
WERNERSVILLE  PA    19565

Petition Filed Date: 05/17/2016
341 Hearing Date: 07/26/2016
Confirmation Date: 08/31/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2019 | $895.00 | 25223109142 | 03/18/2019 | $2,600.00 | Delinquency (C | 03/29/2019 | $860.00 | Monthly Plan P |
| 04/26/2019 | $810.00 | Monthly Plan P | 07/26/2019 | $800.00 | Monthly Plan P | 09/26/2019 | $800.00 | Monthly Plan P |
| 11/06/2019 | $810.00 | | 12/03/2019 | $450.00 | | 01/27/2020 | $800.00 | |
| 01/31/2020 | $900.00 | | 02/14/2020 | $600.00 | | 02/24/2020 | $700.00 | |
| 03/16/2020 | $1,000.00 | | 03/23/2020 | $2,000.00 | | 04/30/2020 | $810.00 | |
| 05/22/2020 | $810.00 | | 07/02/2020 | $810.00 | | 07/31/2020 | $810.00 | |

**Total Receipts for the Period: $17,265.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $33,705.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 008 | Unsecured Creditors | $549.03 | $0.00 | $549.03 |
| 16 | AMERICAN INFOSOURCE LP »» 016 | Unsecured Creditors | $1,673.11 | $0.00 | $1,673.11 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR »» 001 | Unsecured Creditors | $749.12 | $0.00 | $749.12 |
| 15 | FORD MOTOR CREDIT COMPANY »» 015 | Unsecured Creditors | $6,467.61 | $0.00 | $6,467.61 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $1,186.54 | $0.00 | $1,186.54 |
| 3 | M&T BANK »» 003 | Mortgage Arrears | $10,879.08 | $8,180.85 | $2,698.23 |
| 9 | MERRICK BANK »» 009 | Unsecured Creditors | $2,689.07 | $0.00 | $2,689.07 |
| 2 | PA DEPARTMENT OF REVENUE »» 02P | Priority Crediors | $229.31 | $229.31 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 02U | Unsecured Creditors | $56.00 | $0.00 | $56.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $1,912.98 | $0.00 | $1,912.98 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $865.36 | $0.00 | $865.36 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $690.32 | $0.00 | $690.32 |
| 7 | READING HEALTH SYSTEMS C/O »» 007 | Unsecured Creditors | $2,372.50 | $0.00 | $2,372.50 |
| 13 | RIVERFRONT FEDERAL CU »» 013 | Secured Creditors | $18,896.35 | $14,056.25 | $4,840.10 |

**Chapter 13 Case No. 16-13498-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 4 | QUANTUM3 GROUP LLC as agent for<br>»» 004 | Unsecured Creditors | $1,245.05 | $0.00 | $1,245.05 |
| 5 | ST JOSEPH MEDICAL CENTER - RDG<br>»» 005 | Unsecured Creditors | $247.55 | $0.00 | $247.55 |
| 6 | WELLS FARGO<br>»» 006 | Unsecured Creditors | $1,647.73 | $0.00 | $1,647.73 |
| 17 | JOHN DI BERNARDINO ESQ<br>»» 017 | Attorney Fees | $7,640.00 | $7,640.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,705.00 | Current Monthly Payment: | $803.86 |
| Paid to Claims: | $30,106.41 | Arrearages: | ($53.90) |
| Paid to Trustee: | $2,869.59 | Total Plan Base: | $41,689.70 |
| Funds on Hand: | $729.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.