| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-13498-PMM

JAMES R. HUBER, JR.  
JENNIFER L. ROTHENBERGER  
610 ANNE DR.  
WERNERSVILLE  PA     19565

Petition Filed Date: 05/17/2016  
341 Hearing Date: 07/26/2016  
Confirmation Date: 08/31/2017

Case Status: Completed on 6/ 2/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $800.00 | | 01/31/2020 | $900.00 | | 02/14/2020 | $600.00 | |
| 02/24/2020 | $700.00 | | 03/16/2020 | $1,000.00 | | 03/23/2020 | $2,000.00 | |
| 04/30/2020 | $810.00 | | 05/22/2020 | $810.00 | | 07/02/2020 | $810.00 | |
| 07/31/2020 | $810.00 | | 09/03/2020 | $810.00 | | 10/13/2020 | $410.00 | |
| 11/02/2020 | $500.00 | | 12/17/2020 | $810.00 | | 01/14/2021 | $810.00 | |
| 02/16/2021 | $810.00 | | 03/22/2021 | $800.00 | | 04/05/2021 | $810.00 | |
| 04/21/2021 | $810.00 | | 05/19/2021 | $810.00 | | 06/02/2021 | $604.70 | |

**Total Receipts for the Period:  $17,224.70    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $41,689.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  008 | Unsecured Creditors | $549.03 | $0.00 | $549.03 |
| 16 | AMERICAN INFOSOURCE LP<br>»»  016 | Unsecured Creditors | $1,673.11 | $0.00 | $1,673.11 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  001 | Unsecured Creditors | $749.12 | $0.00 | $749.12 |
| 15 | FORD MOTOR CREDIT COMPANY<br>»»  015 | Unsecured Creditors | $6,467.61 | $0.00 | $6,467.61 |
| 10 | LVNV FUNDING LLC<br>»»  010 | Unsecured Creditors | $1,186.54 | $0.00 | $1,186.54 |
| 3 | M&T BANK<br>»»  003 | Mortgage Arrears | $10,879.08 | $10,879.08 | $0.00 |
| 9 | MERRICK BANK<br>»»  009 | Unsecured Creditors | $2,689.07 | $0.00 | $2,689.07 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02P | Priority Crediors | $229.31 | $229.31 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02U | Unsecured Creditors | $56.00 | $0.00 | $56.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  014 | Unsecured Creditors | $1,912.98 | $0.00 | $1,912.98 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  011 | Unsecured Creditors | $865.36 | $0.00 | $865.36 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  012 | Unsecured Creditors | $690.32 | $0.00 | $690.32 |
| 7 | READING HEALTH SYSTEMS C/O<br>»»  007 | Unsecured Creditors | $2,372.50 | $0.00 | $2,372.50 |

**Chapter 13 Case No. 16-13498-PMM**

| 13 | RIVERFRONT FEDERAL CU<br>»»  013 | Secured Creditors | $18,896.35 | $18,896.35 | $0.00 |
| 4 | QUANTUM3 GROUP LLC as agent for<br>»»  004 | Unsecured Creditors | $1,245.05 | $0.00 | $1,245.05 |
| 5 | ST JOSEPH MEDICAL CENTER - RDG<br>»»  005 | Unsecured Creditors | $247.55 | $0.00 | $247.55 |
| 6 | WELLS FARGO<br>»»  006 | Unsecured Creditors | $1,647.73 | $0.00 | $1,647.73 |
| 17 | JOHN DI BERNARDINO ESQ<br>»»  017 | Attorney Fees | $7,640.00 | $7,640.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,689.70 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $37,644.74 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,495.26 | Total Plan Base: | $41,689.70 |
| Funds on Hand: | $549.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.