United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13498-pmm |
| James R. Huber, Jr. | Chapter 13 |
| Jennifer L. Rothenberger | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 27, 2021 | Form ID: 138NEW | Total Noticed: 80 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James R. Huber, Jr., Jennifer L. Rothenberger, 610 Anne Dr., Wernersville, PA 19565-1022 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Riverfront Federal Credit Union, 430 S. 4th Street, Reading, PA 19602-2698 |
| 13728709 | | Barclaycard, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 13728710 | + | Barclays Bank Delaware, 700 Prides Xing, Newark, DE 19713-6109 |
| 13728711 | + | Berks Credit & Collections, Inc., Dept. 14674, PO Box 1259, Oaks, PA 19456-1259 |
| 13728712 | | Blaze Credit Card, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 13728721 | + | Convergent HC Recoveries, 121 NE Jefferson St., Ste 100, Peoria, IL 61602-1229 |
| 13728725 | + | D&A Services, 1400 E. Touhy Ave., Ste. G2, Des Plaines, IL 60018-3338 |
| 13728726 | + | Emergency Phy. Assoc. of PA, Patient Services, PO Box 5305, Akron, OH 44334-0305 |
| 13728727 | + | Express Scripts, Attn: Cash Office, PO Box 7847000, Cincinnati, OH 45274-0001 |
| 13728728 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Pkwy, Marietta, GA 30067 |
| 13728729 | + | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 13812532 | + | Ford Motor Credit Company, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 13728735 | + | J.C. Christensen & Assoc., PO Box 519, Sauk Rapids, MN 56379-0519 |
| 13736027 | + | Lakeview Loan Servicing, LLC, c/o JOSHUA ISAAC GOLDMAN, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13728737 | + | M&T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 13728740 | | Mountain View Meadows, Horst Property Management, PO Box 3330, Lancaster, PA 17604-3330 |
| 13728742 | | Northstar Location Services, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 13728743 | | Patient First, PO Box 758941, Baltimore, MD 21275-8941 |
| 13728744 | + | Phillips & Cohen Associates, Ltd, 1002 Justison St., Wilmington, DE 19801-5148 |
| 13728746 | | Reading Health Systems, PO Box 16051, Reading, PA 19612-6051 |
| 13782928 | + | Reading Health Systems C/O Convergent HC Rec., Convergent Healthcare Recoveries Inc., P.O. Box 1289, Peoria, IL 61654-1289 |
| 13728749 | + | Riverfront Federal Credit Union, 430 S. Fourth St., Reading, PA 19602-2698 |
| 13805926 | + | Riverfront Federal Credit Union, c/o EDEN R. BUCHER, Leisawitz Heller Abramowitch Phillips,, P.C., 2755 Century Blvd. Wyomissing, PA 19610-3346 |
| 13779495 | + | St Joseph Medical Center/Reading, MSCB, Inc., PO Box 1567, Paris, TN 38242-1567 |
| 13728750 | + | St. Joseph Medical Center, 2500 Bernville Rd, Reading, PA 19605-9453 |
| 13728757 | + | United Collection Bureau, Inc., 5620 Southwyck Blvd., Ste 206, Toledo, OH 43614-1501 |
| 13728758 | + | Utility Heideburg Twp Mun Auth, 555A Mountain Home Rd, Sinking Spring, PA 19608-9395 |
| 13767068 | + | Wells Fargo Bank, NA, c/o JOSEPH PATRICK SCHALK, Phelan Hallinan, LLP, 1617 JOHN F. KENNEDY BLVD. , SUITE 1400, PHILADELPHIA, PA 19103-1814 |
| 13728760 | + | Wells Fargo Financial, 800 Walnut St., Des Moines, IA 50309-3891 |
| 13728761 | + | Wells Fargo Financial Nat'l Bank, MAC# N8235-040, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 13779869 | | Wells Fargo Financial National Bank, Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 13728762 | + | Wyomissing Dental Associates, 1286 Penn Ave, Wyomissing, PA 19610-2130 |

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 138NEW | Total Noticed: 80 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 27 2021 23:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:27 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13728707 | + Email/Text: amscbankruptcy@adt.com | Jul 27 2021 23:21:00 | ADT Security Services, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 13728708 | + Email/Text: Bankruptcies@nragroup.com | Jul 27 2021 23:21:00 | American Agencies LLC, 2491 Paxton St., PO Box 67015, Harrisburg, PA 17106-7015 |
| 13783851 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 27 2021 23:24:11 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13728718 | + Email/Text: bankruptcynotices@cbecompanies.com | Jul 27 2021 23:21:00 | CBE Group, Inc., 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 13728722 | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 27 2021 23:21:00 | Credit Corp Solutions, Inc., 180 Election Rd., Ste 200, Draper, UT 84020 |
| 13728713 | Email/Text: cms-bk@cms-collect.com | Jul 27 2021 23:21:00 | Capital Management Services, 698 1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 13728714 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:24:27 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 13728715 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:24:27 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13812617 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:24:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13728716 | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:14 | Care Credit/Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |
| 13728717 | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:09 | Carecredit/Synchrony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 13728719 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:38:36 | Citibank, PO Box 6286, Sioux Falls, SD 57117-6286 |
| 13728720 | + Email/Text: mediamanagers@clientservices.com | Jul 27 2021 23:21:00 | Client Services, 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 13728723 | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 23:24:11 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13728724 | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 23:24:11 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 13728732 | + Email/Text: bnc-bluestem@quantum3group.com | Jul 27 2021 23:21:00 | Gettington, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 13728734 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:38:33 | Home Depot Credit Services, PO Box 790328, St. Louis, MO 63179-0328 |
| 13792387 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2021 23:24:11 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13739590 | Email/Text: camanagement@mtb.com | Jul 27 2021 23:21:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13728736 | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:27 | Lowe's, GE Capital Retail Bank, PO Box 965003, Orlando, FL 32896-5003 |

Case 16-13498-pmm    Doc 84    Filed 07/29/21    Entered 07/30/21 00:38:55    Desc Imaged
                        Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 138NEW | Total Noticed: 80 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13789568 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 23:24:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13728741 | | Email/Text: rlambert@mscb-inc.com | Jul 27 2021 23:21:00 | MSCB, Inc., PO Box 1567, Paris, TN 38242-1567 |
| 13728739 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 23:24:10 | Merrick Bank, 10705 S. Jordan Gtwy, Ste 200, South Jordan, UT 84095-3977 |
| 13728738 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 23:24:27 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 13728745 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:24:14 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502 |
| 13794590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:24:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13734260 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2021 23:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13754477 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2021 23:21:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13729783 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2021 23:21:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 13728747 | + | Email/Text: joey@rmscollect.com | Jul 27 2021 23:21:00 | Receivable Management System, 7206 Hull St. Rd., Ste 211, North Chesterfield, VA 23235-5826 |
| 13728748 | + | Email/Text: joey@rmscollect.com | Jul 27 2021 23:21:00 | Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 13735481 | | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2021 23:24:09 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13736026 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:09 | Synchrony Bank, c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13728751 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:27 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 13728752 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:09 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 13728753 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:27 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 13728754 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:14 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 13728755 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:38:33 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13728756 | | Email/Text: bankruptcydepartment@tsico.com | Jul 27 2021 23:21:00 | Transworld Systems, Inc., PO Box 15618, Dept. 940, Wilmington, DE 19850-5618 |
| 13728759 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 27 2021 23:21:00 | Verizon Wireless, 5000 Britton Pkwy, Hilliard, OH 43026-9445 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13728730 | | Ford Motor Credit |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Jul 27, 2021 | Form ID: 138NEW | Total Noticed: 80

| | | |
|---|---|---|
| 13830968 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13728731 | ##+ | Francis R. Rothenberger, 3318 Fulton St., Laureldale, PA 19605-2546 |
| 13728733 | ## | Hayt, Hayt & Landau, LLC, 123 S. Broad St., Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

**Name** — **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com

EDEN R. BUCHER
on behalf of Creditor Riverfront Federal Credit Union ebucher@leisawitzheller.com  medwards@leisawitzheller.com

JEROME B. BLANK
on behalf of Creditor Wells Fargo Bank  NA paeb@fedphe.com

JOHN J. DIBERNARDINO
on behalf of Debtor James R. Huber  Jr. diberlaw@ptd.net, diberlaw@gmail.com

JOHN J. DIBERNARDINO
on behalf of Joint Debtor Jennifer L. Rothenberger diberlaw@ptd.net  diberlaw@gmail.com

JOSEPH ANGEO DESSOYE
on behalf of Creditor Wells Fargo Bank  NA paeb@fedphe.com

JOSHUA I. GOLDMAN
on behalf of Creditor Lakeview Loan Servicing  LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

LISA MARIE CIOTTI
on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS I. PULEO
on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: James R. Huber, Jr. and Jennifer L. Rothenberger

    Debtor(s)             Bankruptcy No: 16−13498−pmm

                               Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed his final report and account.

☐ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

 4. All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

 5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                             For The Court
                             Timothy B. McGrath
                             Clerk of Court

Dated: 7/27/21

                                     83 − 82
                                    Form 138_new