# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James R. Huber Jr.<br>       Jennifer L. Rothenberger<br>                        Debtors | CHAPTER 13 |
| Lakeview Loan Servicing, LLC, its successors and/or assigns<br>                        Movant<br>    vs. | NO. 16-13498 PMM |
| James R. Huber Jr.<br>Jennifer L. Rothenberger<br>                        Debtors | 11 U.S.C. Section 362 |
| Scott F. Waterman, Esquire<br>                        Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief of Lakeview Loan Servicing, LLC, which was filed with the Court on or about June 22, 2021 (Doc. No. 77).

                                                    Respectfully submitted,

                                                      /s/ Denise Carlon, Esquire
                                                      _____

                                                      Denise Carlon, Esquire
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA  19106
                                                      Phone: (215)-627-1322

Dated: August 4, 2021