United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13498-pmm |
| James R. Huber, Jr. | Chapter 13 |
| Jennifer L. Rothenberger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 15, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

**Recip ID**            **Recipient Name and Address**
db/jdb                +   James R. Huber, Jr., Jennifer L. Rothenberger, 610 Anne Dr., Wernersville, PA 19565-1022

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2021            Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:

**Name**            **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

EDEN R. BUCHER
    on behalf of Creditor Riverfront Federal Credit Union ebucher@leisawitzheller.com  medwards@leisawitzheller.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  NA paeb@fedphe.com

JOHN J. DIBERNARDINO
    on behalf of Debtor James R. Huber  Jr. diberlaw@ptd.net, diberlaw@gmail.com

JOHN J. DIBERNARDINO

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Oct 15, 2021 | Form ID: 195 | Total Noticed: 1

on behalf of Joint Debtor Jennifer L. Rothenberger diberlaw@ptd.net diberlaw@gmail.com

JOSEPH ANGEO DESSOYE
on behalf of Creditor Wells Fargo Bank NA paeb@fedphe.com

JOSHUA I. GOLDMAN
on behalf of Creditor Lakeview Loan Servicing LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

LISA MARIE CIOTTI
on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS I. PULEO
on behalf of Creditor Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

James R. Huber, Jr. and Jennifer L. Rothenberger          : Case No. 16−13498−pmm
    Debtor(s)

***ORDER***
_____

AND NOW, this day , October 15, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

92
Form 195